IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| vs. | NO. 1:20-CR-0041 (TH) |
| SANTOS ORELLANA-HERNANDEZ (1) | |

**ORDER ADOPTING THE**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court. The Defendant, Santos Orellana-Hernandez ("Santos"), moved to suppress statements he made to law enforcement because he was questioned after he invoked his right to counsel. (Doc. No. 48.)

Judge Hawthorn concluded that Santos unambiguously and unequivocally invoked his right to an attorney, but law enforcement officers impermissibly continued to interrogate him. (Doc. No. 58.) Therefore, he recommended suppressing Santos's statements to law enforcement. (*Id.*)

Neither party objected to Judge Hawthorn's findings. Accordingly, Judge Hawthorn's findings, conclusions and analysis are correct, and his report is ADOPTED. It is further

ORDERED that the Defendant's "Motion to Suppress" (Doc. No. 48) is GRANTED and Santos's statements made to law enforcement shall be suppressed.

**SIGNED** this the 1 day of **June, 2021.**

_____
Thad Heartfield
United States District Judge